IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. McKUHN JR.
Reg. #23556-076                                                              PETITIONER

v.                              No. 2:19-cv-95-DPM

DEWAYNE HENDRIX,
Warden, FCC Forrest City                                                     RESPONDENT

### ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, № 9. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). McKuhn's § 2241 petition will be dismissed without prejudice for lack of jurisdiction.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2019