# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHARLES A. McKUHN JR.**
Reg. #23556-076                                                    **PETITIONER**

v.                              **No. 2:19-cv-95-DPM**

**DEWAYNE HENDRIX,**
**Warden, FCC Forrest City**                              **RESPONDENT**

## JUDGMENT

McKuhn's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2019